In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00025-CV
_____

**DEL RAY SANDERS, Appellant**

**V.**

**DISTRICT CLERK, Appellee**

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Cause No. CIV31476**

**MEMORANDUM OPINION**

Del Ray Sanders, Appellant, petitioned the trial court for a writ of mandamus to "issue service of process" of what Sanders referenced as a "Truth Affidavit in accord [sic] [with] the law governing redress before suit" upon three individuals. The trial court denied the petition. Appellant filed a notice of appeal.

Upon receiving the notice of appeal, we provided the Appellant with a cost bill and a standard form for a statement of inability to pay costs. *See* Tex. R. App. P. 5, 20.1. We then received an unsworn declaration of inability to pay costs from

Appellant. *See* Tex. R. App. P. 20.1(c). On February 9, 2018, we notified Appellant that as an inmate requesting to proceed without prepayment of cost, he must submit a current inmate's account statement and a declaration of previous filings. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 14.002, 14.004, 14.006(f) (West 2017). Appellant failed to timely file an inmate's account statement and a declaration of previous filings within the time required by the notice. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c).

 APPEAL DISMISSED.

          _____
            LEANNE JOHNSON
            Justice

Submitted on April 4, 2018
Opinion Delivered April 5, 2018

Before Kreger, Horton, and Johnson, JJ.